1
2
3
4
5
6                    IN THE UNITED STATES BANKRUPTCY COURT

7                        FOR THE DISTRICT OF ARIZONA

8
9

10    In Re                                    Chapter 7

11    DEREK CHARLES MICKO,                     Case No. 05-24789

12              Debtors.                       Adv. No. 06-82

13    DEREK CHARLES MICKO,                     ORDER INCORPORATING
                                               MEMORANDUM DECISION DATED
14                           Plaintiff,        DECEMBER 5, 2006

15    v.

16    STUDENT LOAN FINANCE
      CORPORATION,
17
18                           Defendant.

19
20
           Based upon this Court's Memorandum Decision dated December 5, 2006, which
21
      is incorporated herein by reference:
22
           IT IS ORDERED that the Defendant's Motion is GRANTED, and the Plaintiff's
23
      Complaint for Declaratory Relief shall be dismissed..
24
           IT IS FURTHER ORDERED that the Plaintiff's obligation to the Defendant, in
25
      the amount of $80,585.90, plus interest accruing at the contract rate, is nondischargeable
26
      pursuant to 11 U.S.C.  § 523(a)(8) (2005).
27
28

1          DATED this 5th day of December, 2006.

2

3

4                                              Honorable Sarah Sharer Curley
                                               U. S. Bankruptcy Judge
5

6
    BNC TO NOTICE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28